SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:10-cv-02588-LKK-DAD** |
| Plaintiff, | ) **ORDER RE: REQUEST FOR DISMISSAL OF JOHN L. WATERS** |
| vs. | ) |
| Dorothy L. Waters, et al | ) Case to Remain Open with Remaining Defendants |
| Defendants | ) |

IT IS HEREBY ORDERED THAT Defendant John L. Waters is, hereby, dismissed Without Prejudice.  This case is to remain open with remaining Defendants.

Date:   February 1, 2011.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-10-cv-02588-LKK-DAD - 1