SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>         Plaintiff,<br><br>     vs.<br><br>Dorothy L. Waters,<br><br>         Defendant | Case No. **2:10-cv-02588-LKK-DAD**<br><br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL APRIL 20, 2011 FOR DEFENDANT DOROTHY L. WATERS INDIVIDUALLY AND D/B/A PIZZA SHACK TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Dorothy L. Waters Individually and d/b/a Pizza Shack, by and through their respective attorneys of record, Scott N. Johnson; Craig B. Close, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. No extension of time has been previously obtained.
2. Defendant Dorothy L. Waters Individually and d/b/a Pizza Shack is granted an extension until April 20, 2011 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendant Dorothy L. Waters Individually and d/b/a Pizza Shacks' response will be due no later than April 20, 2011.

IT IS SO STIPULATED effective as of March 17, 2011

Dated:   March 17, 2011           /s/Craig B. Close_____
                                  Craig B. Close,
                                  Attorney for Defendant
                                  Dorothy L. Waters
                                  Individually and d/b/a
                                  Pizza Shack


Dated:   March 17, 2011           /s/Scott N. Johnson ____
                                  Scott N. Johnson,
                                  Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Dorothy L. Waters Individually and d/b/a Pizza Shack shall have until April 20, 2011 to respond to complaint.

Dated: March 24, 2011

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT