SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:10-cv-02588-LKK-DAD** |
| Plaintiff, | ) STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL MAY 20, 2011 FOR DEFENDANT DOROTHY L. WATERS, INDIVIDUALLY AND D/B/A PIZZA SHACK TO RESPOND TO COMPLAINT |
| vs. | |
| Dorothy L. Waters, et al | |
| Defendants | |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Dorothy L. Waters, Individually and d/b/a Pizza Shack, by and through their respective attorneys of record, Scott N. Johnson; Craig B. Close, stipulate as follows:

1. An extension of time has been previously obtained for Defendant Dorothy L. Waters,

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

Individually and d/b/a Pizza Shack until April 20, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Dorothy L. Waters, Individually and d/b/a Pizza Shack is granted an extension until May 20, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Dorothy L. Waters, Individually and d/b/a Pizza Shack response will be due no later than May 20, 2011.

IT IS SO STIPULATED effective as of May 2, 2011

Dated:   May 3, 2011                /s/Craig B. Close___  ___
                                    Craig B. Close,
                                    Attorney for Defendant
                                    Dorothy L. Waters,
                                    Individually and d/b/a
                                    Pizza Shack

Dated:   May 2, 2011                /s/Scott N. Johnson ____
                                    Scott N. Johnson,
                                    Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Dorothy L. Waters, Individually and d/b/a Pizza Shack shall have until May 20, 2011 to respond to complaint.

Dated: May 20, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT